**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                             **CRIMINAL NO. 3:18cr00067-CWR-LGI**

**MONROE L. HUGHES, III**

## NOTICE OF INTENT TO PLEAD GUILTY

**COMES NOW** the defendant, Monroe L. Hughes, III, by and through his undersigned counsel, and hereby notifies this Honorable Court of the defendant's intent to change his plea of NOT GUILTY to a plea of GUILTY to the Indictment pending in the above-styled and numbered criminal action. The defendant intends to plead guilty pursuant to a plea agreement with the Government.

**WHEREFORE, PREMISES CONSIDERED**, Mr. Hughes, respectfully notifies this Court of his intent to enter, pursuant to a plea agreement with the Government, a plea of guilty and avoid the need to proceed with trial.

**RESPECTFULLY SUBMITTED,** on this, the 18th day of September, 2024.

**MONROE L. HUGHES, III**

*s/Ahmad R. Smith*
Ahmad R. Smith, MSB# 104595
A.R.SMITH LAW, PLLC
Post Office Box 16392
Jackson, Mississippi 39236
(769) 208-6679 (telephone)
ahmad@arsmithlaw.com

*s/ E. Carlos Tanner*
E. Carlos Tanner, III
TANNER & ASSOCIATES, LLC
Post Office Box 3709
Jackson, Mississippi 39207
601.460.1745 (Telephone)
662.796.3509 (Facsimile)
carlos.tanner@thetannerlawfirm.com
*COUNSEL FOR THE ACCUSED*

## CERTIFICATE OF SERVICE

I, Ahmad R. Smith, do hereby certify that on this date September 18, 2024, I have electronically filed the foregoing Notice of Intent to Plead Guilty with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

**ON THIS**, the 18th day of September, 2024.

*s/Ahmad R. Smith*
Ahmad R. Smith, MSB# 104595
A.R.SMITH LAW, PLLC
Post Office Box 16392
Jackson, Mississippi 39236
(769) 208-6679 (telephone)
ahmad@arsmithlaw.com

*s/ E. Carlos Tanner*
E. Carlos Tanner, III
TANNER & ASSOCIATES, LLC
Post Office Box 3709
Jackson, Mississippi 39207
601.460.1745 (Telephone)
662.796.3509 (Facsimile)
carlos.tanner@thetannerlawfirm.com