**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                          **Criminal No. 3:18cr67-CWR-LGI**

**MONROE L. HUGHES, III**

### MOTION TO COMPEL AFFIDAVIT FROM DEFENSE COUNSEL

The United States, by and through the undersigned Assistant U.S. Attorney, respectfully submits this motion requesting the Court compel an affidavit of defense counsel in response to defendant's motion to vacate, set aside, or correct her sentence, pursuant to Title 28, United States Code, Section 2255, and in support would show as follows:

The defendant, Monroe L. Hughes, filed the present motion to vacate, set aside, or correct sentence (Dkt. No. 610) alleging ineffective counsel issues concerning his prior counsel, E. Carlos Tanner, III, and Ahmad Smith.

On August 18, 2025, by text order, this Court entered a briefing schedule, which required a response from the government to be filed no later than October 17, 2025. An affidavit from former counsel for the defendant, addressing the ineffective assistance of counsel allegations made by the defendant, is needed. The affidavit is necessary so that the government can effectively address the issues raised in the defendant's motion and that the Court may properly consider the motion.

1

## **CONCLUSION**

The government therefore requests that the Court order and compel former counsel for

the defendant to file an affidavit addressing the allegations made by the defendant in this matter,

with a copy of the affidavit being provided to the government.

Respectfully submitted,

PATRICK A. LEMON
Acting United States Attorney
Southern District of Mississippi

By:     _/s/  Adam T. Stuart_
Adam T. Stuart
Assistant United States Attorney
501 E Court Street, Suite 4.430
Jackson, Mississippi 39201
Ph: (601) 965-4480
Fax: (601) 965-4409
Wisconsin Bar No. 1104004

Dated:  August 20, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification to all parties of record, and I further certify that I caused to be mailed the document by United States Postal Service, postage prepaid, to the *pro se* defendant at the following address:

> Monroe L. Hughes, III
> *Pro se*
> 5226 Davidson Road
> Meridian, MS 39307

This the 20 day of August, 2025.

>  /s/  Adam T. Stuart
> Adam T. Stuart
> Assistant United States Attorney

3